UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                             :

JODY-ANN CAMPBELL,                            :
                       Plaintiff,      :

              -against-               :          22-CV-10164 (VSB)

COLUMBIA UNIVERSITY, et al.,    :          **ORDER**

                     Defendant.   :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Defendant requests to seal their letter at Doc. 9, on the grounds that it relates to Plaintiff's sensitive health matters and Defendant's response to those matters. While I appreciate Defendant's solicitude for Plaintiff's interests, Plaintiff opposes this sealing. (Doc. 11.) Additionally, Plaintiff, through her publicly docketed letters, has effectively disclosed the contents of the contested letter. (*See* Docs. 10, 11, 15.)

      "In considering whether sealing is appropriate, an important consideration is, of course, whether the information sought to be kept confidential is already public." *United States v. Avenatti*, No. (S1) 19 CR. 373 (PGG), 2020 WL 70952, at *6 (S.D.N.Y. Jan. 6, 2020). Thus, thought the presumption of public access to this document under *Lugosch v. Pyramid Co. of Onondaga*, "is low and amounts to little more than a prediction of public access absent a countervailing reason," I find no countervailing reason because the material is already public. 435 F.3d 110, 121 (2d Cir. 2006) (quoting *In re Reporters Comm. for Freedom of the Press*, 773 F.2d 1325, 1050 (D.C.Cir.1985)).

The Clerk of Court is respectfully directed to unseal the document at Doc. 9, and to terminate the motion at Doc. 8.

SO ORDERED.

Dated: January 9, 2023
      New York, New York

Vernon S. Broderick
United States District Judge