**APPLICATION DENIED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 1/26/2023

I do not find reason to require the U.S. Marshals Service to prioritize the service of these materials over their other duties. However, given that Columbia University has already filed several letters in this matter, (see, e.g., Docs. 8, 9, 24), and Plaintiff has mailed a waiver of service, Columbia University should consider whether there are conditions under which it might accept service without imposing a further burden on the Marshals.

_____ DISTRICT COURT
_____ RICT OF NEW YORK

Columbia University

Write the full name of each defendant or respondent.

Case No. 22 CV 10164-VSB

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that **Plaintiff** (plaintiff or defendant) **Jody - Ann Campbell** (name of party who is making the motion) requests that the Court:

Order urgent service of the Amended Complaint, that will be filed, on the Defendant by the U.S Marshall. I spoke to the U.S Marshall in charge of service, Deputy Gonzales, and he has informed me that my prior complaint has not been served yet. He has also informed me that it is in queue behind 200 cases. I am asking the court to order urgent service of the Amended Complaint on the defendant instead of the prior complaint.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

**01/24/2023**
Dated

[signature]
Signature

**Jody - Ann Campbell**
Name

**N/A**
Prison Identification # (if incarcerated)

**502 Janeway Dr. Apt.74**   **Norristown**   **PA**   **19401**
Address                      City              State   Zip Code

**6105057528**                **jodyanntamesha@gmail.com**
Telephone Number (if available)   E-mail Address (if available)

SDNY Rev: 5/24/2016