```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JODY-ANN CAMPBELL,                                          :
                                        Plaintiff,          :
                                                            :
                -against-                                   :   22-CV-10164 (VSB)
                                                            :
COLUMBIA UNIVERSITY, et al.,                                :      **ORDER**
                                                            :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  Plaintiff Jody-Ann Campbell ("Campbell") requests that I immediately order Defendant Columbia University to pay her $15,000.  (Docs. 35, 38.)[1]  There is no legal authority that permits me to order a defendant to play a plaintiff without going through the legal process applicable to a plaintiff's claim.  Campbell's request is therefore denied.

  Campbell has also filed a letter that includes sensitive personal information that is properly redacted pursuant to Fed. R. Civ. P. 5.2.  (Doc. 36.)  Per Rule 5(B)(i) of my Individual Rules of Practice and Fed. R. Civ. P. 5.2, certain classes of information should be filed only with appropriate redactions.  Accordingly, Campbell is hereby ORDERED to file the document at Doc. 36 with the redactions required by Fed. R. Civ. P. 5.2.[2]

  I understand that Campbell has indicated that she is going through a trying ordeal and that she has concerns for her health and safety.  Without prejudging the future course of this case, I caution her that civil litigation can be a time-intensive process that may not yield relief within a few weeks or even a few months.  To the degree that she is in need of support, and

---

[1] Plaintiff filed two functionally identical papers requesting the same relief at Docs. 35 and 38.

[2] I ordered this document sealed on an emergency basis pending the filing of this Order.

without any prejudice to any relief she or Defendant may seek here, I urge her to consider looking for assistance outside the bounds of this case.

      The Clerk of Court is respectfully directed to SEAL the document at Doc. 36. The Clerk of Court is further respectfully directed to terminate the motion at Doc. 38.

SO ORDERED.

Dated: January 31, 2023
      New York, New York

Vernon S. Broderick
United States District Judge