UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JODY-ANN CAMPBELL, :
                          Plaintiff, :
:
        -against- : 22-CV-10164 (VSB)
:
COLUMBIA UNIVERSITY, et al., : **ORDER**
:
                      Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Numerous pre-motion letters have been filed in this action in advance of Defendant Columbia University's response to Plaintiff Jody-Ann Campbell's amended complaint.  At this point, additional letters will not beneficially contribute to the resolution of this case.  Once Columbia University has filed its response, which is due by March 27, 2023, additional submissions such as opposition papers or replies may be appropriate.

SO ORDERED.

Dated: February 8, 2023
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge