Jody - Ann Campbell
502 Janeway Dr. Apt.74
Norristown, PA 19401
jodyanntamesha@gmail.com
Case # : 22-cv-10164-VSB

04/23/2023

Dear Honorable Vernon S. Broderick,

    Your honor, with all due respect, I need to receive a response from your chambers by **May 15, 2023**. I think this is a very reasonable request. I have no idea what is going on and I would like to at least make sure that my case isn't sitting by the wayside. I'm not asking you to make a complete decision by then, but I do need something stating that a decision is pending or my case is still being considered. **May 15, 2023** would have been **60 days** from the final arguments for the Defendants Motion to Dismiss, and might I add they haven't said anything since then, and it would have also been **50 days** from my Motion for Summary Judgment. Requesting some sort of response isn't unreasonable, but providing a response in my timeframe isn't obligatory, so I oblige the court to strongly consider my request as I am asking for this relief in good faith. I thank the court for their attention to this matter.

    Furthermore, your honor, I received a letter under my door from Trishiana Eunuch, who appears to be a member of the Pennsylvania Governor's staff. I will attach the letter to this correspondence. I'm guessing they have decided to consolidate the blame on one person and decided it had to be the Governor of Pennsylvania himself. However, I will not be altering my complaint based on this correspondence. Columbia had an opportunity to deny any claim I made many weeks ago and has not made an effort at any reasonable communication in 6 weeks. I digress.

Dear Jody - Ann Campbell

I hope you're doing well. I mean that. Here's the thing. Governor Shapiro is the only one that agreed to receive payment from Columbia University for the arrest sting. You weren't even supposed to be really arrested, it was just for intimidation, but according to Shapiro, things went left. Akbar was not paid and neither was any other member of the Shapiro Administration. We are hardworking people and we saw an opportunity to work with an office. No one is here because they are loyal to Shapiro, we just wanted to advance our careers. That being said, please don't take it the wrong way. If the powers that be didn't allow him to run, we wouldn't be in the position that we are in now.

Shapiro is an extremely selfish, ambitious, and meticulous man. He has been a politician for 20 years and trust me when I say this, he is all about the money. That was the basis of his whole campaign. Get as much money as possible and then win, that is who he is. He has even destroyed his own family with his ambitions, so I adhere you not to take his attacks personally. Hold him accountable, yes, but this is all on him, not the staff or leadership team, only him. He is a very disloyal and dishonest person, running on ethics but being far away from it. We just wanted a job Jody - Ann, everyone is not as strong as you. Everyone can't tell their boss to go "F" themselves when they know they are being taken advantage of. You are special, we know that, and we did not appreciate you enough for all of the efforts you gave in preserving democracy. We are sincerely sorry. We know how this looks but we did not do this to you, and I hope you don't push for the whole administration to be fired, because we actually genuinely do care about the people of

Pennsylvania. We just also want to feed our kids, while simultaneously feeling like we made a difference in the world.

Joshua Shapiro was the one pushing for your demise. He wanted to take advantage of you until there was nothing left because even though he didn't admit it to us, he was obviously severely threatened by you. He did the exact same thing to the former Attorney General Kathleen Kain, and then hired Michelle Henry, one of Kathleen's trial prosecutors for his top staff and then eventually appointed Michelle as Attorney General. Everything he does is a manipulative game. He claims to be "Mr.Clean" but he's actually very manipulative and thinks his "clean look" will get him that far. Little does he know, that "clean look" only worked in the 60's. It's 2023, and people are looking for authenticity, which is exactly what you are. You are not only beautiful and intelligent, you are weirdly authentic which honestly scared everyone, including me.

The Governor, himself, is plagued with scandal and tries to blackmail people with anything he can. He has been doing it for 20 years. It could be as simple as someone forgetting to leave a pen he bought at the office by mistakenly taking it home, he will hold it against them and make them look like a thief if they don't fall in line. It's embarrassing to say this, especially to you, but he is a very scary person. We know you filed a complaint with the Attorney General's Office and it is ironic that she ignored it, given the fact that she herself sent the former Attorney General to jail for corruption and evading public trust.

Michelle Henry, the current Attorney General, said that the only way she would have prosecuted Shapiro is if you sued. I'm glad you did because she would have corruptly ignored it at Shapiro's behest. She is also a Republican, you would have to wonder why her loyalty would lie with someone like that, especially noting her involvement in the Kathleen Kain trial. Dog eat dog world, I guess.

We were all manipulated, Jody - Ann. No one wanted this to happen to you. We will take accountability for following marching orders from the Governor instead of reaching out to you ourselves, but we did not willingly do that. We were manipulated. I'm sure it's hard for you to understand why we couldn't just have done the right thing because you're such an independent and bodacious person, and for what it's worth, I just want you to know that we all regret not acting sooner.

At the end of the day, if the Governor had to be Shapiro, we just wanted a good staff behind him, but the stench of his character is very fittingly void of any stability to control the State's top office. We know that and we are sorry. Sue whoever you want, because the truth is, we all owe you, every single one of us, and we'll probably end up splitting the bill, however, the only person who should be criminally charged is the Governor.

Respectfully,

<u>Trishiana Eunuch</u>

*Office of the Pennsylvania Governor - Joshua Shapiro*