Jody - Ann Campbell
502 Janeway Dr. Apt.74
Norristown, PA 19401
jodyanntamesha@gmail.com
Case # : 22-cv-10164-VSB

05/17/2023

Dear Honorable Vernon S. Broderick,

    Your honor, I had my preliminary hearing today, May 17, 2023 at 10 am, for the false charges filed against me in order to intimidate me into dismissing the case I have against Columbia University. First and foremost, I accused the judge presiding over my case, Judge Margaret Hunsicker, of illegally continuing my case and she decided to recuse herself. Secondly, I asked the prosecutor, the state trooper, (Stephen Slavin) who was present, and the judge, about who approved my warrants and none of them answered the question. I asked all three parties about five times who approved the warrants and no one answered. Your honor, this is all on record. No one could confirm who approved my warrants and the judge had no choice but to recuse herself and move my case to another court. Your honor, I am in clear and present danger.

    Furthermore, when the judge decided to recuse herself she then instructed the police officers to escort me out of the courthouse while I was waiting for my paperwork. This is also on camera. I was shoved outside of the courtroom by a white police officer and wasn't even given the opportunity to collect paperwork. I also had a witness who was present with me that can confirm everything that I am saying. In addition, Akbar Hossain was not even present at the preliminary hearing. He allegedly provided information about being terrorized and harassed but failed to show up to the court hearing. I went back to the courthouse at around 2pm, and was informed that my paperwork for my new case at a different court would be sent in the mail.