**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JODY-ANN CAMPBELL,

                      Plaintiff,
      -against-                                              22 **CIVIL** 10164 (VSB)

                                                                  **<u>JUDGMENT</u>**

COLUMBIA UNIVERSITY, ZELON CRAWFORD,
and TRUDY STAPLETON-TRUGLIA,

                      Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 15, 2023, Columbia's motion to dismiss is GRANTED and this matter is dismissed with prejudice. Campbell's motions to seal this case are DENIED. In light of this dismissal, the various other motions filed by Campbell are moot. Additionally, it appears that, during the pendency of this matter, Campbell may have been incarcerated. See Commonwealth of Pennsylvania v. Jody A. Campbell, No. CP-46-MD-0001421-2023 (Pa. Ct. Com. Pl. May 19, 2023) (indicating that Campbell had been confined to the Montgomery County Prison since July 20, 2023); accordingly, the case is closed.

**Dated:**  New York, New York

       September 15, 2023

                                                              **RUBY J. KRAJICK**
                                                                **Clerk of Court**
                                      **BY:**      *K. Mango*
                                                                **Deputy Clerk**